# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 2, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136078

TREVOR DANIEL PIOTROWSKI,

     Plaintiff-Appellant,

v

     SC: 136078
     CoA: 282975

DEPARTMENT OF CORRECTIONS,

     Defendant-Appellee.

_____

     On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of April 15, 2008, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 2, 2008

Clerk

jm